IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
at KANSAS CITY

SBSS HOLDINGS, LLC

                Plaintiff,                Case No.: 2:14-cv-02632-JAR-TJJ

v.

ERUCES, INC. et al.,

                Defendants.

CORPORATE DISCLOSURE STATEMENT OF ERUCES, INC.

      Defendant Eruces, Inc., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this disclosure of corporate interests and states the following:

1. Defendant Eruces, Inc. states there is no such corporation.

                                    DAVID R. SMITH, PC

                                    /S/ DAVID R. SMITH
                                    *David R. Smith #13664*
                                    700 W. 31st Street, Suite 408
                                    Kansas City, MO 64108
                                    T:816-753-9393
                                    F:816-778-0957
                                    david@dsmith-law.com
                                    ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

      I hereby certify that on this 1 day of June, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all parties registered with the CM/ECF system.

      I further certify that on the same date I caused a true and correct copy of the foregoing to be served via electronic mail addressed as follows:

Andrew B. Protzman, KS Bar No.: 18015
1100 Main Street, Suite 2550
Kansas City, MO 64105
T: 816.421.5100 | F: 816.421.5105
E: andy@protzmanlaw.com
ATTORNEYS FOR PLAINTIFF                    /s/ DAVID R. SMITH
                                                          ATTORNEY FOR DEFENDANTS